

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

86 Chambers Street
New York, New York 10007

May 5, 2021

VIA ECF
Hon. Ronnie Abrams
United States District Judge
United States District Court
40 Foley Square
New York, New York 10007

      Re:    *Huang v. Renaud, et al.*, No. 21 Civ. 2296 (RA)

Dear Judge Abrams:

      This Office represents the government in this action in which the plaintiffs seek an order compelling U.S. Citizenship and Immigration Services ("USCIS") to adjudicate their Application to Register Permanent Residence or to Adjust Status (Form I-485) and Refugee/Asylee Relative Petitions (Forms I-730). The Court has scheduled an initial conference in this case for May 14, 2021, with pre-conference submissions due on May 7, 2021. *See* ECF No. 5. On behalf of the government, I write respectfully to request an on-consent extension of time of approximately two and one-half months to respond to the complaint (*i.e.*, from May 24 to August 10, 2021). I also respectfully request that the May 14 initial conference be adjourned to the week of August 23, 2021, or thereafter.

      The extension is respectfully requested because USCIS conducted interviews today and approved the Form I-485 and one of the Forms I-730. However, the remaining Form I-730 requires an interview in China. The government anticipates that the requested extension will provide adequate time to transfer the required file to China and schedule the interview, and then to determine what next steps may be necessary with respect to the remaining Form I-730 or proceed to take adjudicative action, which potentially could render this action moot. This is the government's first request for an extension of the deadline to respond to the complaint and to adjourn the initial conference. Plaintiffs' counsel consents to these requests.

      I thank the Court for its consideration of this letter.

Application granted. The government's deadline to respond to the complaint is extended to August 10, 2021. The telephone conference scheduled for May 14, 2021 is adjourned to September 3, 2021 at 10:00 a.m. The parties shall submit the pre-conference letter by August 27, 2021.

SO ORDERED.

*[signature]*
Hon. Ronnie Abrams
05/06/2021

Respectfully submitted,

AUDREY STRAUSS
United States Attorney

By:   *s/ Michael J. Byars*
     MICHAEL J. BYARS
     Assistant United States Attorney
     Telephone: (212) 637-2793
     Facsimile:  (212) 637-2786
     E-mail: michael.byars@usdoj.gov

cc:  Counsel of record (via ECF)